[No. 69005-1-I.   Division One.   July 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LUIS ANDRE PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00323-8, Beth M. Andrus, J., entered March 23, 2012. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Becker and Schindler, JJ.

[No. 69568-1-I.   Division One.   July 14, 2014.]

AUBURN VALLEY INDUSTRIAL CAPITAL LLC, *Respondent*, v. ROSS B. HANSEN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-41256-5, Regina S. Cahan, J., entered November 14, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Dwyer, JJ.

[No. 70144-4-I.   Division One.   July 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON JOSEPH EARL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00034-9, Thomas J. Wynne, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Appelwick and Schindler, JJ.

[No. 70336-6-I.   Division One.   July 14, 2014.]

AZITA SHIRKHANLOO, *Appellant*, v. LAURIE OLSON GAINES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-18444-5, Theresa B. Doyle, J., entered April 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Lau, JJ.